IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:10-MD-01500-H

| | | |
|---|---|---|
| SEPRACOR, INC., et al., ) | | |
|     Plaintiffs, ) | | |
| ) | Eastern Division | |
| v. ) | No. 4:08-CV-89-H(3) | |
| ) | | |
| SANDOZ, INC., ) | | |
|     Defendant. ) | | |

| | | |
|---|---|---|
| SEPRACOR, INC., et al., ) | | |
|     Plaintiffs, ) | | |
| ) | Western Division | |
| v. ) | No. 5:08-CV-179-H(3) | |
| ) | | |
| SYNTHON PHARMACEUTICALS, INC., ) | | |
| et al., ) | | |
|     Defendants. ) | | |

**ORDER**

This Cause comes before the Court upon Defendant Sandoz, Inc.'s unopposed Motion for Leave to File Under Seal [DE-305] its objections to Magistrate's Memorandum & Recommendation/Order, as well as Sandoz's Motion to Seal [DE-311] Docket Entry No. 307 and "Exhibit A" thereto. The motions were referred to the undersigned January 27, 2011. For good cause shown, and without opposition from Plaintiffs, the Motion for Leave to File Under Seal [DE-305] and Motion to Seal [DE-311] are GRANTED.

It is therefore ORDERED that Plaintiffs' Opposition to Sandoz's Objections to the Magistrate Judge's Memorandum & Recommendation/Order [DE-307] and Exhibit A thereto be

sealed. It is further ORDERED that Sandoz's Memorandum in Support of Its Objections to Magistrate's Memorandum & Recommendation/Order be sealed.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Monday, January 31, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE