IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:10-MD-01500-H(3)

| | | |
|---|---|---|
| SUNOVION PHARMACEUTICALS, INC., <u>et al.</u>,<br>      Plaintiffs,<br><br>   v.<br><br>SYNTHON PHARMACEUTICALS, INC.,<br>et al.,<br>      Defendants.<br>_____<br><br><br>SUNOVION PHARMACEUTICALS, INC., <u>et al.</u>,<br>      Plaintiffs,<br><br>   v.<br><br>SANDOZ, INC.,<br>      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Western Division<br>No. 5:08-CV-179-H(3)<br><br><br><br><br><br><br><br><br>Eastern Division<br>No. 4:08-CV-89-H(3) |

## **ORDER**

This Cause comes before the Court upon Plaintiff's unopposed "Motion to Seal Synthon's Summary Judgment Briefs and Certain Exhibits," [DE-327], referred to the undersigned February 15, 2011. For good cause shown, and without opposition from Defendants, the Motion to Seal [DE-327] is GRANTED.

It is therefore ORDERED that Defendant Synthon's Memorandum in Support of Motion for Summary Judgment of Invalidity [DE-315], Defendant Synthon's Memorandum in Support

of Motion for Summary Judgment of Non-Infringement [DE-317], and the following exhibits: 2, 8, 9, 11, 13, 14, 15, 16, 17, 18, 19, 22, 23, 27, 40, 41, 42 [DE-321, 322 & 325] be sealed.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Wednesday, February 16, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE