IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:10-MD-01500-H(3)

| | | |
|---|---|---|
| SUNOVION PHARMACEUTICALS, INC., et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | Western Division |
| v. | ) | No. 5:08-CV-179-H(3) |
| | ) | |
| SYNTHON PHARMACEUTICALS, INC., et al., | ) ) | |
|     Defendants. | ) | |
| _____ | ) ) ) | |
| SUNOVION PHARMACEUTICALS, INC., et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | Eastern Division |
| v. | ) | No. 4:08-CV-89-H(3) |
| | ) | |
| SANDOZ, INC., | ) | |
|     Defendant. | ) | |
| _____ | | |

## **ORDER**

This Cause comes before the Court upon Plaintiff's "Motion to File Manually Exhibit A" (DE-332), Plaintiff's "Consent Motion to File Manually Exhibit A" (DE-333), and three motions to seal. (DE-337, DE-342, DE-343). These motions were referred to the undersigned April 4, 2011. For good cause shown, and without opposition from Defendants, Plaintiff's "Motion to File Manually Exhibit A" (DE-332), Plaintiff's "Consent Motion to File Manually Exhibit A" (DE-333), and the three motions to seal (DE-337, DE-342, DE-343) are GRANTED.

It is therefore ORDERED that Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment of Non-Infringement of Claims 2, 7 and 9 of U.S. Patent No. 5,698,558

(DE-335); Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment of Invalidity of Claims 1, 2, 7 and 9 of U.S. Patent No. 5,698,558 (DE-334), and the following exhibits: E, F., G, J, K, T, V, Y and DD (DE-336), as well as AA (DE-339) be sealed.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Wednesday, April 6, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE