IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:10-MD-01500-H(3)

| | | |
|---|---|---|
| SUNOVION PHARMACEUTICALS, INC., et al., | ) ) | |
| Plaintiffs, | ) ) | Western Division |
| v. | ) ) | No. 5:08-CV-179-H(3) |
| SYNTHON PHARMACEUTICALS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| | ) ) | |
| SUNOVION PHARMACEUTICALS, INC., et al., | ) ) | |
| Plaintiffs, | ) ) | Eastern Division |
| v. | ) ) | No. 4:08-CV-89-H(3) |
| SANDOZ, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

This Cause comes before the Court upon Plaintiff's "Motion to Seal Defendant Synthon's Summary Judgment Reply Briefs and Certain Exhibits" (DE-355), referred to the undersigned April 6, 2011. For good cause shown, and without opposition from Defendants, Plaintiff's "Motion to Seal Defendant Synthon's Summary Judgment Reply Briefs and Certain Exhibits" (DE-355) is GRANTED.

It is therefore ORDERED that Defendant Synthon's Reply Memorandum in support of Defendant Synthon's Motion for Partial Summary Judgment of Non-Infringement of Claims 2, 7 and 9 of U.S. Patent No. 5,698,558 (DE-349); Defendant Synthon's Reply Memorandum in

support of Defendant Synthon's Motion for Partial Summary Judgment of Invalidity of Claims 1, 2, 7 and 9 of U.S. Patent No. 5,698,558 (DE-348); the corrected version of Defendant Synthon's Reply Memorandum in support of Defendant Synthon's Motion for Partial Summary Judgment of Invalidity of Claims 1, 2, 7 and 9 of U.S. Patent No. 5,698,558 (DE-353), and the following exhibits: 48, 49, 55, 56, 57 and 58 (DE-351) be sealed.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Thursday, April 7, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE