IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:10-MD-1500-H(3)

| | |
|---|---|
| SUNOVION PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SYNTHON PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Western Division <br> No. 5:08-CV-179-H(3) |
| SUNOVION PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ, INC., <br><br> Defendant. | Eastern Division <br> No. 4:08-CV-89-H(3) |

## ORDER

This matter comes before the Court upon Plaintiffs' Motion to Seal Plaintiffs' Supplemental Memorandum of Law Regarding Subject Matter Jurisdiction in Response to the Court's Order of May 5, 2011. For good cause shown, the instant Motion is granted.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this the 10TH day of August, 2011.

_____
U.S. District Judge