IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:10-MD-1500-H(3)

| | |
|---|---|
| SUNOVION PHARMACEUTICALS, INC., et al., Plaintiffs, vs. SYNTHON PHARMACEUTICALS, INC., et al. Defendants. | Western Division No. 5:08-CV-179-H(3) |
| SUNOVION PHARMACEUTICALS, INC., et al., Plaintiffs, vs. SANDOZ INC., Defendant. | Eastern Division No. 4:08-CV-89-H(3) |

**ORDER**

THIS MATTER comes before the Court upon Defendant Sandoz, Inc.'s ("Sandoz") Unopposed Motion for Leave to File Under Seal its Supplemental Memorandum in Support of Sandoz's Objections to the Magistrate Judge's Memorandum & Recommendation/Order ("Supplemental Memorandum"). For good cause shown, and without opposition from Plaintiffs, the Motion for Leave to File Under Seal is granted, and it is ORDERED that Sandoz's Supplemental Memorandum be sealed.

This the 10th day of August 2011.

MALCOLM J. HOWARD
Senior U.S. District Judge